```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

MARY JANE CAMPBELL                                          PLAINTIFF


v.                              Case No. 06-5154


DAVOL INC., a Rhode Island corporation;
C.R. BARD, INC., a New Jersey corporation;
SURGICAL SENSE, INC., a Texas corporation;
JOHN DOE I; JOHN DOE II; JOHN DOE III;
JOHN DOE IV; and JOHN DOE V                                DEFENDANTS

## ORDER

Now on the 20th day of May, 2008, comes on for consideration **Plaintiff's Motion to Supplement Brief in Support of Plaintiff's Response to Defendants' Motion to Dismiss (doc. #71),** and the Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **granted.** The supplemental pleading should be filed within five (5) days of the date of this order.

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              UNITED STATES DISTRICT JUDGE