```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

MARY JANE CAMPBELL                                          PLAINTIFF

        v.        Civil No. 06-5154

DAVOL, INC., C.R. BARD, INC.,
SURGICAL SENSE, INC.,
WCO MEDICAL PRODUCTS
CORPORATION (formerly JOHN DOE I),
JOHN DOE II,
JOHN DOE III, JOHN DOE IV,
and JOHN DOE V                                              DEFENDANTS

## ORDER

Now on this 21st day of October, 2008, comes on for consideration **Plaintiff's Motion to Dismiss Separate Defendants John Doe II, John Doe III, John Doe IV, and John Doe V** (document #59), and the Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **granted,** and plaintiff's complaint is **dismissed without prejudice** with respect to separate defendants **John Doe II, John Doe III, John Doe IV, and John Doe V.**

**IT IS SO ORDERED.**

                                /s/ Jimm Larry Hendren
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE